**David D. SALMON, Jr., Plaintiff–
Appellant,**

v.

**CAPITAL ONE FINANCIAL CORPORATION, Defendant–Appellee.**

**No. 03–1757.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 3, 2003.

David D. Salmon, Jr., Appellant Pro Se. Cameron Scott Matheson, Leclair Ryan, P.C., Richmond, Virginia, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David D. Salmon, Jr., appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Salmon v. Capital One Financial Corp.,* No. CA–03–459–A (E.D. Va. filed May 16, 2003 & entered May 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*